IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:17CR141 |
| vs. | ORDER |
| LUTHER D. GILMORE, | |
| Defendant. | |

This matter is before the court on defendant's Motion to Extend the Pretrial Motion Deadline [21]. Counsel needs additional time to thoroughly review the discovery and decide whether any viable pretrial motions exist. For good cause, I find that the motion should be granted. The defendant will be given an approximate 14- day extension. Pretrial Motions shall be filed by July 10, 2017.

**IT IS ORDERED:**

1. Defendant's Motion to Extend the Pretrial Motion Deadline [21] is granted. Pretrial motions shall be filed on or before July 10, 2017.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between June 28, 2017 and July 10, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 28th day of June, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge