IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR141 |
| vs. | |
| LUTHER D. GILMORE, | ORDER |
| Defendant. | |

At the defendant's initial appearance regarding the Petition for Action on Conditions of Pretrial Release [44] held on April 16, 2018, the United States moved to detain the defendant without bail pending trial on the basis that he was a flight risk and a danger to the community. At the time of his initial appearance before the court, the defendant was in the custody of Nebraska state authorities on state charges. Accordingly,

**IT IS ORDERED:**

The government's motion for detention of Luther D. Gilmore pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

**IT IS FURTHER ORDERED:**

The U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

DATED this 18th day of April, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge